#1462425                                                                                              1093.20519

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **GENESIS VENTURE LOGISTICS, LLC** | **CIVIL ACTION NO: 2:19-cv-13293** |
| **VERSUS** | **DISTRICT JUDGE:**<br>**MARTIN L.C. FELDMAN** |
| **DUNHAM-PRICE GROUP, LLC,**<br>**AND**<br>**DP AGGREGATES, LLC** | **MAGISTRATE JUDGE:**<br>**DANA DOUGLAS** |

### *EX PARTE* MOTION TO WITHDRAW AS COUNSEL OF RECORD

**NOW INTO COURT**, comes undersigned counsel for the Plaintiff, Genesis Venture

Logistics, LLC ("Genesis"), who respectfully move the Court to withdraw the undersigned, Gavin

H. Guillot (#31760) and Elizabeth B. McIntosh (#36575), as counsel of record pursuant to Local

Rule 83.2.11.

As good cause for filing the instant Motion, Genesis has advised that it anticipates filing

for either Chapter 7 or Chapter 11 bankruptcy in the near future and Genesis is unable to pay for

the legal services of the undersigned. Based upon this representation from Genesis, the

undersigned have moved to withdraw as counsel of record from the only other case in which they

are representing Genesis, which is pending before Section A of this Court the matter styled, *River

Ventures, LLC v. Genesis Venture Logistics, LLC*, no. 2:19-cv-12376 (Zainey, J.). Section A

granted that motion on February 4, 2020, per Rec. Doc. 10 in that case.

The undersigned have notified Genesis, both its owner, Ms. Lorraine Hyde, and its other

outside counsel, Mr. Paul Lynch, in writing via email of the intention to withdraw and by certified

mail of this pleading, including providing all relevant information regarding the status of the case

on the Court's docket and upcoming deadlines and Court appearances. Specifically, the

undersigned notified Ms. Hyde and Mr. Lynch of the intention to withdraw by email on December

30, 2019, and on January 15, 17 and 20, 31, and February 4, 2020. On February 5, 2020, the undersigned notified the defendants' counsel of their intention to withdraw and have since received no indication of any objection. This Motion is made early in this litigation prior to trial date being set, any Scheduling Order being issued, or any discovery occurring and thus would not cause prejudice to Genesis or to the defendants by allowing the undersigned to withdraw. Presently, there are no motions or other pending issues on the Court's docket.

It is the undersigned's understanding that Mr. Lynch is representing Genesis in connection with Genesis' anticipated bankruptcy filing. Per Local Rule 83.2.11, the undersigned have requested advices if Mr. Lynch would be substituting *pro hac vice* as counsel of record for Genesis and have received no response. The undersigned have also requested Genesis' consent to this Motion on January 31 and has neither received consent nor any objection, yet it appears that Genesis should be able to secure substitute counsel of record and undersigned's withdrawal should not have a material adverse effect on Genesis. *See Cameco Indus., Inc. v. La. Cane Manufacturing, Inc.*, No. 1995 WL 529847, *2 (E.D. La. Sept. 6, 1995) (Vance, J.). Consequently, per Local Rule 83.2.11, the address of record for Genesis is:

> 10 St. Ann Drive
> Mandeville, LA 70471

Genesis, through Ms. Hyde, may be reached by telephone at (985) 789-2052, and Mr. Lynch may be reached at (724) 654-6666.

**WHEREFORE**, the undersigned pray that this Honorable Court grant the Motion to Withdraw Gavin H. Guillot (#31760) and Elizabeth B. McIntosh (#36575) as counsel of record for Genesis.

Respectfully submitted:

*/s/ Gavin H. Guillot*

Gavin H. Guillot, T.A. (#31760)
Elizabeth B. McIntosh (#36575)
**PUSATERI, JOHNSTON, GUILLOT &
GREENBAUM**
1100 Poydras Street, Suite 2250
New Orleans, Louisiana 70163
Telephone: (504) 620-2500
Facsimile: (504) 620-2510
Gavin.Guillot@pjgglaw.com
Elizabeth.McIntosh@pjgglaw.com
**Attorneys for Genesis Venture Logistics, LLC**

## LOCAL RULE 83.2.11 CERTIFICATE

The undersigned certifies that Genesis has been notified of all deadlines and pending court appearances both by email at the confirmed email address of record and that such has been forwarded by U.S. Certified Mail this date to Genesis and counsel for the plaintiff in this action.

*/s/ Gavin H. Guillot*