# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GENESIS VENTURE LOGISTICS, LLC** | **CIVIL ACTION NO: 2:19-cv-13293** |
| **VERSUS** | **DISTRICT JUDGE:** <br> **MARTIN L.C. FELDMAN** |
| **DUNHAM-PRICE GROUP, LLC,** <br> **AND** <br> **DP AGGREGATES, LLC** | **MAGISTRATE JUDGE:** <br> **DANA DOUGLAS** |

## ORDER

Considering the foregoing *Ex Parte* Motion to Withdraw as Counsel of Record;

**IT IS HEREBY ORDERED** that the Motion is GRANTED. Gavin H. Guillot (#31760) and Elizabeth B. McIntosh (#36575) are withdrawn as counsel of record for Genesis Venture Logistics, LLC.

A corporate entity cannot appear in federal court unless represented by a licensed attorney. Memon v. Allied Domecq QSR, 385 F.3d 871, 873 (5th Cir. 2004).

Because the withdrawal of counsel leaves Genesis Venture Logistics, LLC without a licensed attorney to represent it, Genesis Venture Logistics, LLC shall enroll substitute counsel in 21 days. If Genesis Venture Logistics fails to do so, this action will be dismissed with prejudice and without further notice.

New Orleans, Louisiana, this 12th day of February, 2020.

_____
United States District Judge