UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GENESIS VENTURE LOGISTICS, LLC | CIVIL ACTION NO. 2:19-cv-13293 |
| | SECTION "F" (3) |
| VERSUS | |
| | JUDGE MARTIN L.C. FELDMAN |
| DUNHAM-PRICE GROUP, LLC, et al. | MAGISTRATE JUDGE DOUGLAS |

### *EX PARTE* MOTION TO ENROLL AS COUNSEL OF RECORD

Plaintiff, GENESIS VENTURE LOGISTICS, LLC, respectfully requests that this Court enroll Ben E. Clayton and Joshua P. Clayton, of Clayton Law Firm, LLC, as counsel of record on Plaintiff's behalf in the above-referenced matter. Plaintiff recently retained said counsel to provide legal representation in this matter.

/s/ Ben E. Clayton
_____
**CLAYTON LAW FIRM, LLC**
Ben E. Clayton, LSBA No. 17512, T.A.
Joshua P. Clayton, LSBA No. 34488
202 Village Circle, Suite No. 2
Slidell, Louisiana  70458
(985) 863-3065 voice
(985) 863-7707 facsimile
E-mail: ben@claytonlawfirmllc.com
           josh@claytonlawfirmllc.com
**Attorneys for Plaintiff,**
**GENESIS VENTURE LOGISTICS, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of March, 2020, I filed the above and foregoing with the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record, and also am serving a copy by email to Plaintiff.

/s/ Ben E. Clayton

_____

Ben E. Clayton